

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00731-CV

**IN THE INTEREST OF A.E. AND G.K.R., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0827-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating the appellant's parental rights. The appellant's brief was originally due to be filed on November 13, 2018.

On November 11, 2018, appellant filed a motion requesting an extension of time to file the brief pending the filing of a supplemental reporter's record containing the trial exhibits. On November 13, 2018, the supplemental reporter's record was filed. By order dated November 15, 2018, appellant's request for an extension of time was granted, extending the deadline to November 26, 2018.

On November 17, 2018, appellant filed a second motion requesting an additional three-day extension of time to file her brief. The motion is GRANTED. Appellant's brief must be filed no later than November 29, 2018. **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court